Cause No: 54065
07-15-00114-CR

10-25-15

NOV 02 2015

Att: Presiding Judge

I'm writing to you on behalf of my appeal cause No: 54065 B I would like to know if you may be able to help me with copys of my transscript and copy of my Brief that my attorney is sougien on my appeal.

I'm sorry that I'm bothering your on this matter because I can not get my attorney to send me the copys at all. I've wrote the State Bar, I've send him letters several times, also have talk to him once since been here incarcerated here in T.D.C.J.

I just got the ~~run a~~ run around from him on the Brief and transcripts I don't know ~~know other~~ any other way to go about getting them. Thats why I asking you for help on the copys that I need. So is there any way that you may help me get ~~to~~ them. I've also wrote the court in Wichita county and the Judge Denied me the transcripts. So Please very Please can you send me the copys. Thank you Sir for your time on this matter at Hand.

Sincerly

Goeza Jeroy
1978671

Garza Joey 1978671
3001 Emily Dr
Beeville Tx, 78102
McConnell Unit

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
27 OCT 2015 PM 3 L

Courts Of Appeals
P.O. Box 9570
Amarillo Tx 79105

791 0555 4040